■ The People of the State of New York, Respondent, v Rahmel Haynes, Appellant. [707 NYS2d 907] —Appeal by the defendant from two judgments of the Supreme Court, Queens County (Buchter, J.), both rendered April 2, 1998, convicting him of endangering the welfare of a child under Indictment No. 1710/96, and manslaughter in the second degree under Indictment No. 289/97, after a nonjury trial, and imposing sentences.

Ordered that the judgments are affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Kendall,* 254 AD2d 809; *People v Goodridge,* 251 AD2d 85). Moreover, upon the exercise of our factual review power, we are satisfied that the verdicts of guilt were not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Thomas,* 178 AD2d 162), and we decline to review it in the exercise of our interest of justice jurisdiction. Thompson, J. P., Friedmann, Florio and Smith, JJ., concur.